

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROLAND JOSEPH ROCHA, | CASE NUMBER<br><br>SACR 13-0137-AG |
|---|---|
| PLAINTIFF<br><br>DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant _____, IT IS ORDERED that a detention hearing is set for August 24 _____, 2016 _____, at 1:00 ____ ☐ a.m. / ☒ p.m. before the Honorable Karen E. Scott _____, in Courtroom 6B _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _____ August 19, 2016 _____

*Karen E. Scott*

U.S. ~~District Judge~~/Magistrate Judge