1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          # UNITED STATES DISTRICT COURT
9          # CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,          )   Case No.: SA CR13-137-AG
12                     Plaintiff,       )   ORDER OF DETENTION AFTER
                                        )   HEARING
13          vs.                         )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14   R. J. Rocha                        )   § 3143(a)]
                                        )
15                     Defendant.       )

16
17          The defendant having been arrested in this District pursuant to a warrant issued
18   by the United States District Court for the ___Central Dist. of CA___,
19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20   release]; and
21          The Court having conducted a detention hearing pursuant to Federal Rule of
22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23          The Court finds that:
24   A.    (✓) The defendant has not met his/her burden of establishing by clear and
25          convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26          3142(b) or (c).  This finding is based on ___instant allegations,___
27          ___unknown bail resources, lack of amenability___
28          ___to supervision.___

1  _____

2  _____

3  and/or

4  B.  (✓) The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7  finding is based on ___criminal history,_____

8  ___substance abuse_____

9  _____

10  _____

11  _____

12

13  IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: 8/24/16
          KES

17  KAREN E. SCOTT
   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28